United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AGIRA, S.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:24-cv-1922** |
| | § | |
| **PETROLEOS DE VENEZUELA, S.A., ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | | |

# RECUSAL ORDER

In this matter, I stand recused.

SIGNED at Houston, Texas on October 27, 2026.

Richard W. Bennett
United States Magistrate Judge